**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTWAN MATTHEWS**                                                      **PLAINTIFF**
**ADC #108865**

**v.**                              **No. 4:22-CV-01242-LPR**

**SUSAN POTTS, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 31st day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE